

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KATHERINE A. CURETON, | * | Case No. 07-15794-WIL |
| | | Chapter 13 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM TO DEBTOR

UPON CONSIDERATION of the Motion to Extend Automatic Stay [18] (the "Motion"), filed on July 23, 2007, and finding that the Debtor has not previously filed a bankruptcy case, the Court has determined that the request to extend the automatic stay is not necessary. The Court has also determined that the hearing on this matter scheduled for August 16, 2007 is not necessary and is canceled.

cc: Debtor
Chapter 13 Trustee
U.S. Trustee

**END OF ORDER**